# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| KAY'ANA ADAMS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 1:23-cv-00305-KD-M |
| | ) |
| CITY OF MOBILE,<br>    Defendant. | )<br>) |

## JUDGMENT

In accordance with the Order entered November 20, 2024, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant City of Mobile and against Plaintiff Kay'Ana Adams.

    **DONE** this the **20th** day of **November 2024.**

                              /s/ Kristi K. DuBose
                              **KRISTI K. DuBOSE**
                              **UNITED STATES DISTRICT JUDGE**